# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Joyce Elaine Sims,<br><br>                                Plaintiff,<br>v.<br><br>Jesse Edward Scott, Jr.,<br><br>                                Defendant. | CASE NUMBER: 3:22-cv-1458-MGL<br><br>ORDER SETTING ASIDE ENTRY OF DEFAULT AND DEFAULT JUDGMENT |

IT APPEARS TO THE COURT that Jesse Edward Scott, Jr. is in default. However, counsel for Jesse Edward Scott, Jr., has appeared in the case, and upon motion of counsel for the Defendant, and with the Plaintiff's consent, this Defendant will be allowed out of default. The parties further agree the Order for Entry of Default Judgment entered by this Honorable Court on or about April 14, 2023, be set aside and vacated. Accordingly, Defendant's motion is **GRANTED** by consent. The default judgment and the Clerk's entry of default are set aside and vacated.

    **IT IS SO ORDERED.**

Signed this 14th day of November 2023, in Columbia, South Carolina.

                                                                s/ Mary Geiger Lewis
                                                                 MARY GEIGER LEWIS
                                                                 UNITED STATES DISTRICT JUDGE